UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMIRHOSSEIN LOTFIZADEH,<br><br>  Petitioner,<br><br>  v.<br><br>FERETI SEMAIA, Warden of<br>Adelanto Detention Facility,<br><br>  Respondent. | No. 5:26-cv-02234-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice.

Dated: May 19, 2026

_____
JOHN D. EARLY
United States Magistrate Judge